FILED

12/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0215

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0215

_____

PATRICIA TAFELSKI, et al., on behalf of
themselves and all others similarly situated,

      Plaintiffs and Appellees,

   v.

MARK JOHNSON, TAMMI FISHER,

      Plaintiffs, Objectors, and Appellants,

   v.

LOGAN HEALTH MEDICAL CENTER,

      Defendant and Appellee.

_____

NOTICE AND
ORDER

The undersigned submits this notice to the parties in accordance with Rule 2.12(C) of the Montana Code of Judicial Conduct and Comment [5] of that Rule.

This appeal raises a challenge to the award of attorneys' fees included in the Eighth Judicial District Court's approval of a class action settlement agreement. Though not separately challenged on appeal, the settlement agreement also provides that, in the event of money remaining from checks uncashed by members of the class, those remaining monies will be distributed to the non-profit Montana Justice Foundation. In accordance with the agreement, the District Court's order approved the distribution of the remaining value from the settlement fund to the Montana Justice Foundation pursuant to M. R. Civ. P. 23. I serve as an ex officio, non-voting member of the Board of Directors of the Montana Justice Foundation in accordance with the bylaws of that organization calling for one of the four ex officio, non-voting director seats to be filled by a Montana Supreme Court justice.

Given the nature of the specific issue on appeal, I do not believe that Rule 2.12(A) requires my disqualification in this case but, as recommended by Comment [5], I disclose

this information because the parties or their lawyers might reasonably consider it relevant to a possible motion for disqualification.

Therefore,

IT IS ORDERED that the parties are given ten days from the date of this order to file with the Clerk of this Court any motion for disqualification of the undersigned on the basis of the above disclosure. In accordance with Rule 2.12(C), if the parties and their lawyers agree, without participation by the undersigned or by any other court personnel, that the undersigned should not be disqualified, they should notify the Clerk in writing of their agreement, and it shall be incorporated into the record of this appeal.

The Clerk is directed to provide a copy of this Notice and Order to counsel for all parties.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 13 2023